```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   CHRIS GAVIN
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. 09-mj-286 KJM |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER FOR** |
| | ) **TRANSPORTATION AND SUBSISTENCE** |
| v. | ) **PURSUANT TO 18 U.S.C. § 4285** |
| CHRIS GAVIN, | ) |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| _____ | ) |

Defendant CHRIS GAVIN hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Gavin is unable to afford his own transportation to his appearance in Middle District of Pennsylvania, on November 3, 2009 at 3:00 p.m. in Wilkes-Berry, Pennsylvania and for his return to his residence in Sacramento, California.

DATED: October 22, 2009          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Lauren Cusick
                                 _____
                                 LAUREN CUSICK
                                 Attorney for Defendant
                                 CHRIS GAVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRIS GAVIN,<br><br>        Defendant. | MAG. 09-mj-286 KJM<br><br>**ORDER FOR TRANSPORTATION AND SUBSISTENCE** |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

    This is to authorize and direct you to furnish the above named defendant, CHRIS GAVIN with transportation and subsistence expenses for travel to his appearance in Wilkes-Barre, Pennsylvania for the Middle District of Pennsylvania on November 3, 2009. Mr. Gavin will also need return transportation back to his residence in Sacramento, California, November 3, 2009.  The United States Marshal must furnish Mr. Gavin with money for subsistence expenses to and from his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  October 22, 2009.

                                      _____<br>                                      U.S. MAGISTRATE JUDGE